■ The People of the State of New York, Respondent, v Harrell Bonner, Also Known as Damien Prophet, Also Known as Pete Waller, Appellant. (Appeal No. 2.) [942 NYS2d 856]— Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered January 28, 2008. The judgment convicted defendant, upon a jury verdict, of murder in the second degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bonner* (94 AD3d 1500 [2012]). Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.